IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| ENERGY FUTURE HOLDINGS CORP., et al., | : | Case No. 14-10979 (CSS) |
| | : | |
| Debtors. | : | |
| _____ | : | |
| | : | |
| ALVESTER COLEMAN, | : | |
| | : | |
| Appellant, | : | |
| | : | |
| v. | : | C. A. No. 20-802-RGA |
| | : | |
| ENERGY FUTURE HOLDINGS CORP., | : | Bankruptcy BAP No. 20-15 |
| | : | |
| Appellee. | : | |

## RECOMMENDATION

At Wilmington this **23rd** day of **June, 2020**.

WHEREAS, pursuant to paragraph 2(a) of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District dated September 11, 2012, Magistrate Judge Thynge reviewed the filings in this appeal, including the decision/order of Chief Judge Sontchi dated June 1, 2020 to determine the appropriateness of mediation in this matter.  The appeal was docketed on June 13, 2020.

WHEREAS, as a result of the above screening process, the order addresses issues that are not amenable to mediation and mediation at this stage would not be a productive exercise, a worthwhile use of judicial resources nor warrant the

expense of the process.  The Bankruptcy Court determined the Appellant's claims were previously liquidated per the TCEH Objection Order, and Appellant has no other claim against Reorganized TCEH, or any other debtor.

THEREFORE, IT IS RECOMMENDED that, pursuant to paragraph 2(a) Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District and 28 U.S.C. § 636(b), this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court.  The parties are advised that they may file objections to this Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B), FED. R. CIV. P. 72(a) and D. DEL. LR 72.1.  Based on this Recommendation, a briefing order or schedule will be required.

/s/ Mary Pat Thynge
Chief U.S. Magistrate Judge Mary Pat Thynge