IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| ENERGY FUTURE HOLDINGS CORP., et al., | : | Bankruptcy Case No. 14-10979 (CSS) |
| | : | |
| Debtors. | : | |
| | : | |
| ALVESTER COLEMAN | : | |
| | : | |
| Appellant, | : | |
| | : | |
| v. | : | Civil Action No. 20-802-RGA |
| | : | |
| ENERGY FUTURE HOLDINGS CORP., | : | |
| | : | |
| Appellee. | : | |

ORDER

WHEREAS, the Court issued an order directing Appellant to file his Opening Brief on the appeal within thirty (30) days of July 27, 2020 (D.I. 9);

WHEREAS, more than thirty (30) days has passed and Appellant has not filed his Opening Brief;

NOW THEREFORE, IT IS HEREBY ORDERED that, Appellant shall show cause in writing by **October 9, 2020**, why this appeal should not be dismissed.

| | |
|---|---|
| <u>September 9, 2020</u> | /s/ Richard G. Andrews |
| Date | United States District Judge |