IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

In re:                                :

ENERGY FUTURE HOLDINGS CORP., : Bankruptcy Case No. 14-10979 (CSS)
    et al.,                           :

    Debtors.                          :
                                      :
_____        :
                                      :
ALVESTER COLEMAN                      :
                                      :
    Appellant,                        :
                                      :
v.                                    : Civil Action No. 20-802-RGA
                                      :
ENERGY FUTURE HOLDINGS CORP., :
                                      :
    Appellee.                         :

### ORDER

THEREFORE, for the reasons stated in the accompanying memorandum, IT IS ORDERED that:

1. The appeal is **DISMISSED**. In the alternative, the order of the Bankruptcy Court (D.I. 1-1) is **AFFIRMED.**

2. The Clerk of Court is directed to **CLOSE** the case.

*[signature]*
UNITED STATES DISTRICT JUDGE